# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EUGENE PETERS,<br><br>   Plaintiff,<br><br>         v.<br><br>GEICO ADVANTAGE INSURANCE COMPANY,<br><br>   Defendant. | NO. 3:19-CV-1119<br><br>(JUDGE CAPUTO) |

## **ORDER**

**NOW**, this 14th day of August, 2019, **IT IS HEREBY ORDERED** that:

(1) The Motion to Dismiss Count II of Plaintiff's Complaint(Doc. 2) filed by Defendant Geico Advantage Insurance Company is **GRANTED**.

(2) Plaintiff's bad faith claim in Count II of the Complaint is **DISMISSED without prejudice** to Plaintiff filing an amended complaint within **twenty-one (21) days** from the date of entry of this Order to plead a plausible bad faith claim.

(3) Failure to timely file an amended complaint will result in the dismissal of the bad faith claim **with prejudice**.

                                                                    /s/ A. Richard Caputo
                                                                    A. Richard Caputo
                                                                    United States District Judge